In the Matter of LEE W. TUTTLE et al., Appellants, v. TOWN OF OYSTER BAY et al., Respondents.— In a proceeding under article 78 of the Civil Practice Act, to review and annul a determination of the Town Board of the Town of Oyster Bay, dated December 5, 1961, which, after a hearing, denied petitioners' application, made under applicable provisions of the local Zoning Ordinance, for a special use permit or exception to erect and maintain a miniature golf course on vacant land in Plainview, located in the unincorporated part of the said town, petitioners appeal from an order of the Supreme Court, Nassau

County, dated January 30, 1962, which dismissed their petition and confirmed the board's determination. Order affirmed, with costs (see *Matter of Lemir Realty Corp.* v. *Larkin*, 11 N Y 2d 20). Ughetta, Acting P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.